IN RE APPEALS OF SEARS AND J.C. PENNEY

[342 N.C. 888 (1996)]

avowed and stricken: "We agree that plaintiff suffered no actual damages until it cancelled the deed of trust, which it did while the jury deliberated." *Title Ins. Co. of Minn. v. Smith, Debnam, Hibbert and Pahl*, 119 N.C. App. 608, 611, 459 S.E.2d 801, 804 (1995). As to the additional issues raised in the petitions for discretionary review, discretionary review was improvidently allowed.

AFFIRMED IN PART AND DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED IN PART.

━━━━━━━━

IN THE MATTER OF: THE APPEAL OF SEARS, ROEBUCK AND COMPANY FROM THE APPRAISAL OF CERTAIN REAL PROPERTY BY THE CATAWBA COUNTY BOARD OF EQUALIZATION AND REVIEW FOR 1991

AND

IN THE MATTER OF: THE APPEAL OF J.C. PENNEY COMPANY, INC., FROM THE APPRAISAL OF CERTAIN REAL PROPERTY BY THE CATAWBA COUNTY BOARD OF EQUALIZATION AND REVIEW FOR 1991

No. 387PA95

(Filed 8 March 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous unpublished decision of the Court of Appeals, 119 N.C. App. 800, 461 S.E.2d 36 (1995), reversing a final decision of the North Carolina Property Tax Commission entered 30 December 1993 and remanding for a new hearing. Heard in the Supreme Court 14 February 1996.

*Johnson, Mercer, Hearn & Vinegar, P.L.L.C., by Charles H. Mercer, Jr., and Shawn D. Mercer; and O'Keefe, Ashenden, Lyons & Ward, by Mark R. Davis, for petitioner-appellees Sears, Roebuck and Company and J.C. Penney Company.*

*Patrick, Harper & Dixon, by Robert Oren Eades, for respondent-appellant Catawba County.*

PER CURIAM.

AFFIRMED.

Justice Orr did not participate in the consideration or decision of this case.